UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,                                         CASE NO: 1:23-cv-04733-VEC

    Plaintiff,

vs.

WGACA, LLC, a Delaware limited liability company, d/b/a WHAT COMES AROUND GOES AROUND-SOHO, and 351 WEST BROADWAY CONDOMINIUM ASSOCIATION INC., a New York corporation, and DK SOUTH 351 LLC, a New York limited liability company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    COMES NOW Plaintiff, LUIGI GIROTTO,, and Defendants, WGACA, LLC, a Delaware limited liability company, d/b/a WHAT COMES AROUND GOES AROUND-SOHO, and 351 WEST BROADWAY CONDOMINIUM ASSOCIATION INC., a New York corporation, and DK SOUTH 351 LLC, a New York limited liability company, by and through their respective undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case.. The settlement agreement is under review by the parties' counsel who shall file a Stipulation of Dismissal With Prejudice immediately upon the execution and satisfaction thereof. The parties request that the Court issue the usual 30-day Order of Dismissal.

    Dated: This 9th day of November, 2023.

By: /S/ Robert J. Mirel                                      By: S/ Christopher R. Lynn
    Robert J. Mirel, Esq.                                        Christopher R. Lynn, Esq.
    The Weitz Law Firm, P.A.                                 Attorney at Law
    Bank of America Building                                 24-15 Queens Plaza North, #5D
    18305 Biscayne Blvd., Suite 214                      Long Island City, NY 11101
    Aventura, Florida 33160                                    Telephone: (718) 392-2117
    Telephone: (305) 949-7777                              Email: chrisrlynn@aol.com
    Facsimile: (305) 704-387**7**                              *Attorney for Defendants*
    Email: rjm@weitzfirm.com
    *Attorneys for Plaintiff*