```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__
DATE FILED: 11/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

          Plaintiff,

vs.                               CASE NO: 1:23-cv-04733-VEC

WGACA, LLC, a Delaware limited liability company,
d/b/a WHAT COMES AROUND GOES
AROUND-SOHO, and 351 WEST
BROADWAY CONDOMINIUM ASSOCIATION
INC., a New York corporation, and
DK SOUTH 351 LLC, a New York
limited liability company,

          Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AND ORDER OF DISMISSAL

      COME NOW, Plaintiff, LUIGI GIROTTO, and Defendants, WGACA, LLC, a Delaware limited liability company, d/b/a WHAT COMES AROUND GOES AROUND-SOHO, and 351 WEST BROADWAY CONDOMINIUM ASSOCIATION INC., a New York corporation, and DK SOUTH 351 LLC, a New York limited liability company, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 29th day of November, 2023.

By: _____    By: _____
B. Bradley Weitz, Esq.                        Christopher R. Lynn, Esq.
The Weitz Law Firm, P.A.                 Attorney at Law
18305 Biscayne Blvd., Suite 214        23 West 73rd Street
Aventura, FL 33160                          New York, NY 10023
Telephone: (305) 949-7777              Telephone: (646) 386-7440
Fax: (305) 704-3877                          Fax: (646) 386-7440
Email: BBW@weitzfirm.com            Email: chrisrlynn@aol.com
*Attorneys for Plaintiff*                           *Attorney for Defendants*

**SO ORDERED:**

_____
Valerie E. Caproni, U.S.D.J.

Dated: 11/30/2023